FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1

| Case No.: | 11-36236-PGH | Trustee Name: | Nicole Testa Mehdipour |
|---|---|---|---|
| Case Name: | FLORIDA STAGE, INC. | Date Filed (f) or Converted (c): | 09/22/2011 (f) |
| For the Period Ending: | 3/31/2015 | §341(a) Meeting Date: | 10/24/2011 |
| | | Claims Bar Date: | 01/23/2012 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 131 South Federal Highway, Lake Worth, FL 33460, | $246,470.00 | $169,743.90 | | $169,743.90 | FA |
| 2 | Elavon Merchant billing account **7064 | $0.00 | $0.00 | | $0.00 | FA |
| 3 | Wachovia/Wells Fargo Non-Profit checking account | $0.00 | $0.00 | | $0.00 | FA |
| 4 | Wells Fargo account no.: **8562 | $0.00 | $0.00 | | $0.00 | FA |
| 5 | Wachovia/Wells Fargo checking account no.: **459 | $0.00 | $490.62 | | $490.62 | FA |
| 6 | Actors Federal Credit Union: Twelve Month CD | Unknown | $0.00 | | $0.00 | FA |
| 7 | RBC Business checking account **5135 | $0.00 | $306.77 | | $306.77 | FA |
| 8 | 2008 Saturn Aura XE | $3,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Turned into leasting company | | | | | |
| 9 | 2002 Saturn VIN# 7476 | $3,000.00 | $2,125.00 | | $2,125.00 | FA |
| 10 | 2002 Saturn VIN# 9128 | $3,000.00 | $2,026.99 | | $2,026.99 | FA |
| 11 | 2006 Ford E-150 Passenger van | $5,000.00 | $8,850.00 | | $8,850.00 | FA |
| 12 | 2003 Dodge Extended cargo van | $7,500.00 | $6,100.00 | | $6,100.00 | FA |
| 13 | 2002 Mercedes sedan 4 door | $10,000.00 | $11,000.00 | | $11,000.00 | FA |
| 14 | 2006 Saturn Sedan 4 door | $3,000.00 | $4,550.00 | | $4,550.00 | FA |
| 15 | Office supplies and equipment | $22,000.00 | $22,000.00 | | $18,000.00 | FA |
| 16 | Office supplies and equipment | $32,110.00 | $32,110.00 | | $9,000.00 | FA |
| 17 | Costume shop equipment (machines, tables, etc.) | $5,000.00 | $5,000.00 | | $1,000.00 | FA |
| 18 | Theatre seating for 300; theatre platforms; | $0.00 | $0.00 | | $17,710.00 | FA |
| 19 | Event supplies: tables, chairs, etc. | $1,250.00 | $1,250.00 | | $1,250.00 | FA |
| 20 | Various household goods and furnishings | $6,000.00 | $6,000.00 | | $2,000.00 | FA |
| 21 | Costumes, wigs, shoes, accessories, etc. | $20,000.00 | $20,000.00 | | $15,000.00 | FA |
| 22 | REIMBURSE OF OVERPAYMENT OF HEALTH INS PREMIUM (u) | $4,401.44 | $4,401.44 | | $4,458.47 | FA |
| 23 | DONATIONS/GRANTS (u) | Unknown | $3,035.00 | | $3,035.00 | FA |
| 24 | REFUNDS (u) | Unknown | $37.62 | | $37.32 | FA |
| 25 | RTURNED INS PREMIUM (u) | $0.00 | $761.49 | | $761.49 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2

| Case No.: | 11-36236-PGH | Trustee Name: | Nicole Testa Mehdipour |
| --- | --- | --- | --- |
| Case Name: | FLORIDA STAGE, INC. | Date Filed (f) or Converted (c): | 09/22/2011 (f) |
| For the Period Ending: | 3/31/2015 | §341(a) Meeting Date: | 10/24/2011 |
| | | Claims Bar Date: | 01/23/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 26  ACCOUNTS RECEIVABLE  (u) | Unknown | $486.50 | | $486.50 | FA |
| 27  VOID DUPLICATE ENTRY  (u) | $0.00 | $0.00 | | $0.00 | FA |
| 28  AV Equipment  (u) | $3,700.00 | $3,700.00 | | $3,700.00 | FA |
| 29  City of West Palm Beach Refund  (u) | $0.00 | $602.05 | | $602.05 | FA |
| Asset Notes:  For Property located at 500 Claremore Drive | | | | | |
| 30  Whole Life Insurance Policy  (u) | $0.00 | $231,171.41 | | $231,171.41 | FA |
| 31  Probate Estate and Trust of Betty Batson Bell  (u) | $0.00 | $27,500.00 | | $27,500.00 | FA |
| INT  Interest Earned  (u) | Unknown | Unknown | | $0.00 | Unknown |

**TOTALS (Excluding unknown value)**

| | | | **Gross Value of Remaining Assets** |
| --- | --- | --- | --- |
| $375,431.44 | $563,248.79 | $540,905.52 | $0.00 |

**Major Activities affecting case closing:**

03/20/2015   Per Court Order Approving Compromise and Settlement dated 03/16/15; ECF #309, the estate received $27,500.00 for asset #31.
A Joint Stipulation of Dismissal and Prejudice of all Claims with Stetson, George and Trustee to be filed.
Claims objections are being prepared.
Tax returns are current.

11/12/2014   Counsel for the Trustee is currently pursuing recovery of the testamentary gift in which the estate has an interest in probate litigation. The litigation is still in the discovery phase and we expect to receive Stetson's Answers to Interrogatories by December 4, 2014.

Remaining pending litigation related to probate estate and trust of Betty Batson Bell and bankruptcy estate's asserted claims thereto. An adversary proceeding was filed in June 2013, and after litigation in bankruptcy court, dismissed in December 2013. However, litigation remains ongoing in state court case where discovery is currently pending.
Tax returns current.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 3

| Case No.: | 11-36236-PGH | Trustee Name: | Nicole Testa Mehdipour |
|---|---|---|---|
| Case Name: | FLORIDA STAGE, INC. | Date Filed (f) or Converted (c): | 09/22/2011 (f) |
| For the Period Ending: | 3/31/2015 | §341(a) Meeting Date: | 10/24/2011 |
| | | Claims Bar Date: | 01/23/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

04/25/2013  Per Notice of Sale dated 02/22/13; ECF #199 and Report of Sale (to be filed) the estate received $3700.00 for the AV Equipment.

Counsel represented Trustee's interests in trial adversary proceeding regarding estate's interest in life insurance policy and entered into related settlement agreement. Presently coordinating with the issuer of the policy and counsel to the named insured to transfer the policy and finalize the settlement.

Counsel continues to handle issues relating to a testamentary gift in which the estate has an interest. Will follow up with the trustee of the testamentary trust regarding turnover of the gift (pending).

Retention application and substitution motion on behalf of Daniels Kashtan as counsel to the Trustee, recently filed and granted.

No reporting necessary for 2010 tax returns.
2011 and 2012 Returns will be filed together on May 15, 2013.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 4

| Case No.: | 11-36236-PGH | Trustee Name: | Nicole Testa Mehdipour |
|---|---|---|---|
| Case Name: | FLORIDA STAGE, INC. | Date Filed (f) or Converted (c): | 09/22/2011 (f) |
| For the Period Ending: | 3/31/2015 | §341(a) Meeting Date: | 10/24/2011 |
| | | Claims Bar Date: | 01/23/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

" Locksmith sent to open, replace and re-key all locks at real property located at 131 South Federal Highway, Lake Worth.
" Claims bar date expired on January 23, 2012.
" Nicole Testa Mehdipour retained as counsel to Trustee nunc pro tunc to September 22, 2011 (DE #17) on October 14, 2011.
" Soneet R. Kapila retained as accountant to Trustee nunc pro tunc to September 26, 2011 (DE #18) on October 14, 2011.
" Secured books and records and computer equipment - financial docs sent to Kapila & Co. for review.
" Collected and recovered estate assets, including Vehicles, Shop Tools, Props, Costumes, Staging, Seating, Lighting and Sound Equipment, Furniture, Computers, and Other Miscellaneous Items. Court approved auctioneers sold assets above via duly noticed Auction Sales - all reports of auction prepared and filed; all assets above have been liquidated.
" Responded to numerous creditor inquires re: claims.
" Entered into premium finance agreement to secure insurance coverage on real property located at 131 South Federal Highway. Negotiated carve-out for unsecured creditors from sales proceeds with lien holder PNC Bank, N.A. Hiring Fisher Auction Co. to market, auction real property; estate and PNC to each pay pro rata share of marketing 10% from estate, 90% from PNC.
" Michael C. Foster retained as special counsel to pursue avoidance actions on December 14, 2011 at DE #79; approved as co-counsel to Trustee on February 17, 2012 at DE #121.
" Paid admin expenses for storage of books and records, and for former employees to receive W-2 forms.
" Reviewed and inventoried debtor's documents. Extended deadline to assume or reject executory contracts and unexpired leases to May.
" Pending Rule 2004 examinations of debtor and others.
" Retained Alex Morad as IT services to extract, inventory, make accessible electronic documents, books and records on 20-40 computers and hard drives.
"
" Sold real property at 131 South Federal Highway at auction sale, subject to carve-out for estate
" Investigating existence of possible unscheduled, undisclosed assets remaining at Kravis Center, discussing with their counsel, and investigating Kravis Center's asserted claim.
" Preparing to notice sale of debtor's computers and electronic equipment shortly.

Adversary Proceedings and Potential Litigation:
" Louis Tyrrell v. Nicole Testa Mehdipour, Chapter 7 Trustee; Adv. Pro. No. 12-01179-BKC-PGH. This is an adversary proceeding commenced by the Debtor's former Producing Director, Louis Tyrell. The proceeding seeks turnover of the cash surrender value of an insurance policy on the life of Mr. Tyrell purchased by the Debtor. The matter is scheduled for trial on November 30, 2012. The potential recovery to the Debtor's estate is uncertain and could range between $0 and the full cash surrender value of the policy (approximately $180,000).
" Claim against the Estate of Betty Bell. Ms. Bell bequeathed half of her residual estate to the Debtor. This gift from Ms. Bell's Estate was approximately $500,000 and it was due prior to the Debtor's petition date. Counsel for the Estate has asserted that the gift lapsed upon Debtor's bankruptcy. Counsel for the Trustee is analyzing the legal validity of this claim, and may pursue litigation against the Probate Estate.
"  Potential errors and omissions by the Debtor's former directors and officers. Trustee is actively investigating claims against Debtor's former officers and directors for errors and omissions in management of the Debtor. The potential recovery, if any, from such claims is unknown.

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 5

| Case No.: | 11-36236-PGH | Trustee Name: | Nicole Testa Mehdipour |
|---|---|---|---|
| Case Name: | FLORIDA STAGE, INC. | Date Filed (f) or Converted (c): | 09/22/2011 (f) |
| For the Period Ending: | 3/31/2015 | §341(a) Meeting Date: | 10/24/2011 |
| | | Claims Bar Date: | 01/23/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | | | | | |
|---|---|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** 06/30/2013 | | **Current Projected Date Of Final Report (TFR):** 06/30/2015 | | /s/ NICOLE TESTA MEHDIPOUR | |
| | | | | NICOLE TESTA MEHDIPOUR | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-36236-PGH | Trustee Name: | Nicole Testa Mehdipour |
|---|---|---|---|
| Case Name: | FLORIDA STAGE, INC. | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | **-***1430 | Checking Acct #: | ******8766 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 4/1/2014 | Blanket bond (per case limit): | $135,654,000.00 |
| For Period Ending: | 3/31/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/17/2011 | (5) | Wells Fargo Bank, N.A. | account ending #4595 | 1129-000 | $490.62 | | $490.62 |
| 10/25/2011 | (7) | RBC Bank | Close out of bank account | 1129-000 | $306.77 | | $797.39 |
| 10/25/2011 | (22) | Neighborhood Health Partnership, Inc. | Reimbursement of over payment of health insurance payment | 1290-000 | $4,401.44 | | $5,198.83 |
| 10/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $5,173.83 |
| 11/10/2011 | (25) | FLATIRON CAPITAL | Premium over payment prepetition after contract was paid off. | 1290-000 | $744.35 | | $5,918.18 |
| 11/23/2011 | (11) | Document Management Solutions, Inc. | Per DE 27 Auctioneers Employment and Per DE 72-4 Report of Sale | 1129-000 | $8,850.00 | | $14,768.18 |
| 11/23/2011 | (22) | Humana | Refund on Premium (Paid prepetition) | 1290-000 | $57.03 | | $14,825.21 |
| 11/23/2011 | (23) | National Philanthropic Trust | Palmisano Family Foundation/Receipts | 1290-000 | $1,000.00 | | $15,825.21 |
| 11/23/2011 | (23) | Target | Young Voices Eduation Initiat / Receipt | 1290-000 | $2,000.00 | | $17,825.21 |
| 11/23/2011 | (24) | AT&T | CUSREF/Refund Receipt | 1290-000 | $37.32 | | $17,862.53 |
| 11/23/2011 | (25) | Citizens Property Insurance Corporation | Cancellation of Wind Premium (Paid prepetition) | 1290-000 | $17.14 | | $17,879.67 |
| 11/23/2011 | (26) | Friends of WLRN, Inc. | 5/16 - 5/30/11 TIX/A/R | 1221-000 | $486.50 | | $18,366.17 |
| 11/28/2011 | | Auction America, Inc. | Per Order Employing AA dated 10/21/11, DE 26 and ROS DE 28 | * | $63,960.00 | | $82,326.17 |
| | {15} | | $18,000.00 | 1129-000 | | | $82,326.17 |
| | {16} | | $9,000.00 | 1129-000 | | | $82,326.17 |
| | {17} | | $1,000.00 | 1129-000 | | | $82,326.17 |
| | {18} | | $17,710.00 | 1129-000 | | | $82,326.17 |
| | {19} | | $1,250.00 | 1129-000 | | | $82,326.17 |
| | {21} | | $15,000.00 | 1129-000 | | | $82,326.17 |
| | {20} | | $2,000.00 | 1129-000 | | | $82,326.17 |
| 11/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $82,301.17 |
| 12/05/2011 | (9) | Document Management Solutions, Inc. | Order Employing DMS dated 10/21/11, DE 27 and Report of Sale dated 12/05/11 DE 72-4 | 1129-000 | $2,125.00 | | $84,426.17 |
| 12/05/2011 | (10) | Document Management Solutions, Inc. | Order Employing DMS dated 10/21/11, DE 27 and Report of Sale dated 12/05/11 DE 72-2 | 1129-000 | $2,026.99 | | $86,453.16 |
| | | | **SUBTOTALS** | | $86,503.16 | $50.00 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-36236-PGH | Trustee Name: | Nicole Testa Mehdipour |
|---|---|---|---|
| Case Name: | FLORIDA STAGE, INC. | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | **-***1430 | Checking Acct #: | ******8766 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | Checking Account |
| For Period Beginning: | 4/1/2014 | Blanket bond (per case limit): | $135,654,000.00 |
| For Period Ending: | 3/31/2015 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/05/2011 | (14) | Document Management Solutions, Inc. | Order Employing DMS dated 10/21/11, DE 27 and Report of Sale dated 12/05/11 DE 72-3 | 1129-000 | $4,550.00 |  | $91,003.16 |
| 12/05/2011 | (23) | Johnson & Johnson | Matching Gifts Program/Receipt | 1290-000 | $35.00 |  | $91,038.16 |
| 12/16/2011 | (12) | Document Management Solutions, Inc. | Order Employing DMS dated 10/21/11, DE 27 and Report of Sale dated 12/16/11 DE 85 | 1129-000 | $6,100.00 |  | $97,138.16 |
| 12/20/2011 | 101 | Auction America, Inc. | Per Order Employing AA dated 10/2/2011 DE 26 and Report of Sale dated 12/16/11 DE85 | 3620-000 |  | $4,200.00 | $92,938.16 |
| 12/20/2011 | 102 | Document Management Solutions, Inc. | Per Order Employing DMS dated 27 and ROS dated 12/05/11, DE 72 | 3640-000 |  | $3,000.00 | $89,938.16 |
| 12/20/2011 | 103 | Document Management Solutions, Inc. | as per DE 27 Auctioneer's Employment Order, DE 72 Auctioneer's Report of Sale | 3630-000 |  | $1,430.00 | $88,508.16 |
| 12/20/2011 | 103 | Document Management Solutions, Inc. | as per DE 27 Auctioneer's Employment Order, DE 72 Auctioneer's Report of Sale | 3630-003 |  | ($1,430.00) | $89,938.16 |
| 12/20/2011 | 104 | Document Management Solutions, Inc. | as per Order DE 28 | 2410-000 |  | $2,334.24 | $87,603.92 |
| 12/20/2011 | 105 | Nicole Testa Mehdipour | reimbursement of insurance premium payments as per DE 80 (reimbursement of down payment $1454.51, 11/11 payment of $371.82) | 2420-000 |  | $1,826.33 | $85,777.59 |
| 12/21/2011 | 106 | Document Management Solutions, Inc. | Per Order Employing Auctioneer dated 10/21/2011, DE 27 , ROS DE 72 | 3630-000 |  | $1,340.00 | $84,437.59 |
| 12/30/2011 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | $184.64 | $84,252.95 |
| 01/11/2012 | (13) | Document Management Solutions, Inc. | Per Order Employing DMS dated 10/21/11 DE 27 and ROS dated 1/31/2012 DE 107 | 1129-000 | $11,000.00 |  | $95,252.95 |
| 01/31/2012 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | $202.57 | $95,050.38 |
| 02/09/2012 | 107 | Document Management Solutions, Inc. | as per Order Grant Ex Parte Mtn Pay Administrative Exp (DE#113); repair for 2002 MBenz AMG | 3640-000 |  | $300.00 | $94,750.38 |
| 02/09/2012 | 108 | Pay Master Inc. | Per Order dated 02/03/2012 Grant Ex Parte Mtn to Pay W-2 Form Prep (DE #114) | 2990-000 |  | $425.78 | $94,324.60 |
| 02/22/2012 | 109 | Document Management Solutions, Inc. | PER DE 27 APPROVING SALE AND DE 107 REPORT OF SALE | 3620-000 |  | $750.00 | $93,574.60 |

**SUBTOTALS** $21,685.00 $14,563.56

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-36236-PGH | Trustee Name: | Nicole Testa Mehdipour |
|---|---|---|---|
| Case Name: | FLORIDA STAGE, INC. | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | **-***1430 | Checking Acct #: | ******8766 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 4/1/2014 | Blanket bond (per case limit): | $135,654,000.00 |
| For Period Ending: | 3/31/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/22/2012 | 110 | Document Management Solutions, Inc. | PER Order dated 10/27/2011, DE 27 Approving Sale and DE 107 Report of Auction | 3630-000 | | $1,100.00 | $92,474.60 |
| 02/22/2012 | 111 | PRIME RATE PREMIUM FINANCE COMPANY | PER DE 119 GRANTING AUTHORITY TO ENTER INTO PAY INSURANCE | 2420-000 | | $344.34 | $92,130.26 |
| 02/23/2012 | 112 | Document Management Solutions, Inc. | PER DE 28 ORDER GRANTING MOTION TO PAY ADMINISTRATIVE EXPENSE | 2410-000 | | $285.00 | $91,845.26 |
| 02/23/2012 | 113 | NICOLE TEESTA MEHDIPOUR | PER DE 119 AMENDED ORDER GRANTING MOTION TO ENTER INTO INS PREMIUM FINANCE | 2420-000 | | $1,060.64 | $90,784.62 |
| 02/29/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $187.72 | $90,596.90 |
| 03/14/2012 | 114 | PRIME RATE PREMIUM FINANCE COMPANY | PER DE 119, PARA. 3, 4/12 PMT.,GRANTING AUTHORITY TO ENTER INTO PAY INSURANCE | 2420-000 | | $344.34 | $90,252.56 |
| 03/30/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $185.49 | $90,067.07 |
| 04/10/2012 | 115 | THE GROUNDSKEEPER | LAWN MAINTENANCE FOR 131 S. FEDERAL HIGH | 2420-000 | | $250.00 | $89,817.07 |
| 04/10/2012 | 115 | THE GROUNDSKEEPER | LAWN MAINTENANCE FOR 131 S. FEDERAL HIGH | 2420-003 | | ($250.00) | $90,067.07 |
| 04/30/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $178.41 | $89,888.66 |
| 04/30/2012 | 116 | Prime Rate Premium Finance Company | PER DE 119, PARA. 3, 4/12 PMT.,GRANTING AUTHORITY TO ENTER INTO PAY INSURANCE | 2420-000 | | $344.34 | $89,544.32 |
| 05/02/2012 | 117 | Britenets Solutions, Inc. | Per Court Order dated 4/30/12 ; DE #141 | 3731-000 | | $2,868.81 | $86,675.51 |
| 05/03/2012 | 118 | Document Management Solutions, Inc. | PER DE 28 ORDER GRANTING MOTION TO PAY ADMINISTRATIVE EXPENSE | 2410-000 | | $285.00 | $86,390.51 |
| 05/04/2012 | 119 | Kapila & Company | as per Order dated 5/2/2012 (ECF#146, para. 1) | 3410-000 | | $7,132.96 | $79,257.55 |
| 05/04/2012 | 120 | Kapila & Company | as per Order dated 5/2/2012 (ECF#146, para. 1) | 3420-000 | | $11.70 | $79,245.85 |
| 05/04/2012 | 121 | Law Office of Nicole Testa Mehdipour, PA | as per Order dated 5/2/12 (ECF#148, para. 2) | 3110-000 | | $31,760.00 | $47,485.85 |
| 05/04/2012 | 122 | Law Office of Nicole Testa Mehdipour, PA | as per Order dated 5/2/12 (ECF#148, para. 2) | 3120-000 | | $7,342.82 | $40,143.03 |
| 05/25/2012 | 123 | All County Lock & Key | Per CO dated 05/22/2012, DE 161 | 2420-000 | | $270.30 | $39,872.73 |
| 05/25/2012 | 124 | The Groundskeeper | Per C.O. dated 05/22/2012, DE 158 | 2420-000 | | $250.00 | $39,622.73 |

| | | | SUBTOTALS | | $0.00 | $53,951.87 |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-36236-PGH | Trustee Name: | Nicole Testa Mehdipour |
|---|---|---|---|
| Case Name: | FLORIDA STAGE, INC. | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | **-***1430 | Checking Acct #: | ******8766 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 4/1/2014 | Blanket bond (per case limit): | $135,654,000.00 |
| For Period Ending: | 3/31/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/25/2012 | 125 | Document Management Solutions, Inc. | Per Report of Sale dated 12/16/12, DE 85 | 3640-000 | | $750.00 | $38,872.73 |
| 05/25/2012 | 126 | Document Management Solutions, Inc. | Per Report of Sale dated 12/16/2012, DE 85 | 3630-000 | | $610.00 | $38,262.73 |
| 05/25/2012 | 127 | PRIME RATE PREMIUM FINANCE COMPANY | PER DE 119, PARA. 3, 4/12 PMT.,GRANTING AUTHORITY TO ENTER INTO  PAY INSURANCE | 2420-000 | | $344.34 | $37,918.39 |
| 05/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $123.34 | $37,795.05 |
| 06/22/2012 | 128 | Fisher Auction Company Inc. | as per Order dated 6/21/12 (ECF No. 173, para. 8) | 3620-000 | | $700.00 | $37,095.05 |
| 06/26/2012 | 129 | PRIME RATE PREMIUM FINANCE COMPANY | PER DE 119, PARA. 3, 4/12 PMT.,GRANTING AUTHORITY TO ENTER INTO  PAY INSURANCE | 2420-000 | | $344.34 | $36,750.71 |
| 06/29/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $75.67 | $36,675.04 |
| 07/26/2012 | (1) | Bernadette Schultz | deposit from bidder for purchase of 131 S. Fed. Hwy | 1110-000 | $20,000.00 | | $56,675.04 |
| 07/30/2012 | 130 | Document Management Solutions, Inc. | Per Order dated 10/21/11 (ECF no. 28, para. 2); March - July document storage | 2410-000 | | $1,425.00 | $55,250.04 |
| 07/30/2012 | 130 | Document Management Solutions, Inc. | Per Order dated 10/21/11 (ECF no. 28, para. 2); March - July document storage | 2410-004 | | ($1,425.00) | $56,675.04 |
| 07/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $81.67 | $56,593.37 |
| 08/02/2012 | 131 | PRIME RATE PREMIUM FINANCE COMPANY | PER DE 119, PARA. 3, 4/12 PMT.,GRANTING AUTHORITY TO ENTER INTO  PAY INSURANCE | 2420-000 | | $344.34 | $56,249.03 |
| 08/02/2012 | 132 | Britenets Solutions, Inc. | Per Court Order Employing Britenets dated 04/30/2012; DE 141 and Report of Services filed 08/02/2012; DE 177 | 3991-000 | | $2,809.54 | $53,439.49 |
| 08/02/2012 | 133 | Britenets Solutions, Inc. | Per Court Order Employing Britenets dated 04/30/2012; DE 141 and Report of Services filed 08/02/2012; DE 177 | 3992-000 | | $190.46 | $53,249.03 |
| 08/28/2012 | 134 | Document Management Solutions | Per Order dated 10/21/11 (ECF no. 28, para. 2); March - July document storage | 2410-000 | | $1,425.00 | $51,824.03 |
| 08/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $114.33 | $51,709.70 |
| 09/05/2012 | (1) | Desantis Gaskill Smith and Shenkman PA | Per Order Approving Sale Free and Clear of Liens dated 08/06/2012; DE 179 | 1110-000 | $140,233.45 | | $191,943.15 |
| 09/11/2012 | (1) | Desantis Gaskill Smith and Shenkman PA | Per Order Approving Sale Free and Clear of Liens dated 08/06/2012; DE 179 | 1110-000 | $9,510.45 | | $201,453.60 |
| 09/12/2012 | 135 | PNC Bank | Per Order Approving Sale Free and Clear of Liens dated 08/06/2012; DE 179 | 4110-000 | | $140,710.47 | $60,743.13 |

SUBTOTALS  $169,743.90    $148,623.50

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-36236-PGH | Trustee Name: | Nicole Testa Mehdipour |
|---|---|---|---|
| Case Name: | FLORIDA STAGE, INC. | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | **-***1430 | Checking Acct #: | ******8766 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 4/1/2014 | Blanket bond (per case limit): | $135,654,000.00 |
| For Period Ending: | 3/31/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/12/2012 | 136 | PNC Bank | Per Order Approving Sale Free and Clear of Liens dated 08/06/2012; DE 179 | 4700-000 | | $2,155.03 | $58,588.10 |
| 09/12/2012 | 137 | Fisher Auction Company | Per Order Approving Sale Free and Clear of Liens dated 08/06/2012; DE 179 | 3610-000 | | $9,510.00 | $49,078.10 |
| 09/13/2012 | | Prime Rate Premium | Refund; over payment of insurance premium. | 2420-000 | | ($344.34) | $49,422.44 |
| 09/28/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $286.09 | $49,136.35 |
| 10/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $110.75 | $49,025.60 |
| 11/13/2012 | | Prime Rate Premium | Refund; over payment of insurance premium. | 2420-000 | | ($154.24) | $49,179.84 |
| 11/30/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $100.62 | $49,079.22 |
| 12/07/2012 | | Green Bank | Transfer Funds | 9999-000 | | $49,079.22 | $0.00 |
| | | | **TOTALS:** | | $277,932.06 | $277,932.06 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $49,079.22 | |
| | | | Subtotal | | $277,932.06 | $228,852.84 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $277,932.06 | $228,852.84 | |

| For the period of 4/1/2014 to 3/31/2015 | | For the entire history of the account between 10/17/2011 to 3/31/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $277,932.06 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $277,932.06 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $228,852.84 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $228,852.84 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $49,079.22 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-36236-PGH | Trustee Name: | Nicole Testa Mehdipour |
|---|---|---|---|
| Case Name: | FLORIDA STAGE, INC. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1430 | Checking Acct #: | ******3601 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 4/1/2014 | Blanket bond (per case limit): | $135,654,000.00 |
| For Period Ending: | 3/31/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/07/2012 | | The Bank of New York Mellon | Transfer Funds | 9999-000 | $49,079.22 | | $49,079.22 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $63.87 | $49,015.35 |
| 01/11/2013 | 5001 | Document Management Systems DMS | Per Order dated 10/21/11 (ECF no. 28 para. 2) August, September October Storage. | 2410-000 | | $855.00 | $48,160.35 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $78.96 | $48,081.39 |
| 02/22/2013 | 5002 | Document Management Systems | Per Order Granting Trustee's Motion to Pay Administrative Expense dated 02/14/13; ECF #194 Invoice #0349 | 2990-000 | | $900.00 | $47,181.39 |
| 02/22/2013 | 5003 | Document Management Systems | Per Order Granting Chapter 7 Trustee's Motion to Pay Administrative Expense dated 02/14/2013; ECF #193 Invoices: 0348 & 0350 | 2990-000 | | $198.90 | $46,982.49 |
| 02/22/2013 | 5004 | Document Management Systems | Per Order Granting Chapter 7 Trustee's 2nd Motion to Pay Administrative Expense dated 02/14/2013; ECF #193 (Storage for Nov., Dec., Jan. and Feb., 2013. | 6920-000 | | $1,140.00 | $45,842.49 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $70.08 | $45,772.41 |
| 03/13/2013 | 5005 | DMS | Per Order Granting Chapter 7 Trustee's Motion to Pay Storage Dees dated 02/14/2013; ECF #193 (March 2013) | 2410-000 | | $285.00 | $45,487.41 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $74.56 | $45,412.85 |
| 04/04/2013 | (28) | Stan Crooks/Auction America | Per Notice of Sale dated 02/22/13; ECF #199 | 1229-000 | $3,700.00 | | $49,112.85 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $75.45 | $49,037.40 |
| 05/15/2013 | (29) | City of West Palm Beach | Refund | 1290-000 | $602.05 | | $49,639.45 |
| 05/20/2013 | 5006 | Document Management Systems DMS | Per Order Granting Chapter 7 Trustee's Motion to Pay Storage Dees dated 02/14/2013; ECF #193 (April 2013) | 2410-000 | | $285.00 | $49,354.45 |
| 05/20/2013 | 5007 | Document Management Systems DMS | Per Order Granting Chapter 7 Trustee's Motion to Pay Storage Dees dated 02/14/2013; ECF #193 (May 2013) | 2410-000 | | $285.00 | $49,069.45 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $84.55 | $48,984.90 |
| 06/19/2013 | (30) | Minnesota Life Insurance Company | Per Order Approving Settlement and Compromise dated 03/28/2013; ECF #203 | 1290-000 | $231,171.41 | | $280,156.31 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $191.73 | $279,964.58 |

**SUBTOTALS**      $284,552.68      $4,588.10

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-36236-PGH | Trustee Name: | Nicole Testa Mehdipour |
|---|---|---|---|
| Case Name: | FLORIDA STAGE, INC. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1430 | Checking Acct #: | ******3601 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 4/1/2014 | Blanket bond (per case limit): | $135,654,000.00 |
| For Period Ending: | 3/31/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/02/2013 | 5008 | Mr. Louis Tyrrell | Per Order Granting Motion for Order Pursuant to 9019 Approving Compromise and Settlement between the Chapter 7 Trustee and Louis Tyrrell dated 03/28/13; ECF #203 | 2990-000 | | $54,473.46 | $225,491.12 |
| 07/02/2013 | 5009 | Mr. Louis Tyrrell | Per Order Granting Motion for Order Pursuant to 9019 Approving Compromise and Settlement between the Chapter 7 Trustee and Louis Tyrrell dated 03/28/13; ECF #203 | 2990-000 | | $52,346.17 | $173,144.95 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $323.88 | $172,821.07 |
| 08/06/2013 | 5010 | Document Management Systems DMS | Per Order Granting Chapter 7 Trustee's Motion to Pay Storage Dees dated 02/14/2013; ECF #193 (3 months rent) | 2410-000 | | $855.00 | $171,966.07 |
| 08/22/2013 | 5011 | Daniels Kashtan Attn: Nicole Testa Mehdipour, Esquire | Per Order Awarding First Application for Payment of Fees to Counsel for Trustee dated 08/21/13; ECF #227 | 3110-000 | | $19,296.00 | $152,670.07 |
| 08/22/2013 | 5012 | Daniels Kashtan Attn: Nicole Testa Mehdipour, Esquire | Per Order Awarding First Application for Payment of Expenses to Counsel for Trustee dated 08/21/13; ECF #227 | 3120-000 | | $592.60 | $152,077.47 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $287.61 | $151,789.86 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $221.23 | $151,568.63 |
| 10/15/2013 | 5013 | Document Management Systems DMS | Per Order Granting Chapter 7 Trustee's Motion to Pay Storage Dees dated 02/14/2013; ECF #193 (2 months rent) Sept & Oct | 2410-000 | | $570.00 | $150,998.63 |
| 10/23/2013 | 5014 | Nicole Testa Mehdipour, Esquire | Per Order Granting Second Application for Compensation to Counsel dated 10/23/13; ECF #253 | 3110-000 | | $45,428.50 | $105,570.13 |
| 10/23/2013 | 5015 | Nicole Testa Mehdipour, Esquire | Per Order Granting Second Application for Expenses to Counsel dated 10/23/13; ECF #253 | 3120-000 | | $1,111.94 | $104,458.19 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $227.30 | $104,230.89 |
| 11/01/2013 | 5016 | Britenets Solutions Inc. | Per Order Approving Payment of Administrative Expense dated 10/31/13; ECF #260 | 2990-000 | | $1,065.46 | $103,165.43 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $166.81 | $102,998.62 |

**SUBTOTALS** $0.00 $176,965.96

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-36236-PGH | | | Trustee Name: | Nicole Testa Mehdipour |
|---|---|---|---|---|---|
| Case Name: | FLORIDA STAGE, INC. | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1430 | | | Checking Acct #: | ******3601 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | DDA |
| For Period Beginning: | 4/1/2014 | | | Blanket bond (per case limit): | $135,654,000.00 |
| For Period Ending: | 3/31/2015 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/03/2013 | 5017 | Kaplan Zeena LLP | Per Court Order for Fee Application to Former Trustee dated 11/27/13; ECF #281 | 3210-600 | | $31,917.44 | $71,081.18 |
| 12/03/2013 | 5018 | Soneet Kapila | Per Court Order Allowing Fees for 2nd Interim Fee Application dated 11/19/13; ECF #278 | 3410-000 | | $11,762.40 | $59,318.78 |
| 12/03/2013 | 5019 | Soneet Kapila | Per Court Order Allowing Expenses for 2nd Interim Fee Application dated 11/19/13; ECF #278 | 3420-000 | | $214.82 | $59,103.96 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $105.80 | $58,998.16 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $101.34 | $58,896.82 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $85.84 | $58,810.98 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $88.78 | $58,722.20 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $91.70 | $58,630.50 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $97.66 | $58,532.84 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $88.36 | $58,444.48 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $94.31 | $58,350.17 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $97.19 | $58,252.98 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $87.93 | $58,165.05 |
| 10/21/2014 | 5020 | Document Management Systems DMS | Per Court Order Granting Trustee's Third Motion to Pay Administrative Expense dated 10/17/14; ECF #299 11/2013-10/2014 | 2990-000 | | $3,420.00 | $54,745.05 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $98.13 | $54,646.92 |
| 11/19/2014 | 5021 | Document Management Systems DMS | Per Court Order Granting Trustee's Third Motion to Pay Administrative Expense dated 10/17/14; ECF #299 11/01/14 | 2990-000 | | $285.00 | $54,361.92 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $79.64 | $54,282.28 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $87.61 | $54,194.67 |
| 01/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $90.27 | $54,104.40 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $78.85 | $54,025.55 |
| 03/13/2015 | (31) | Stetson University | Per Motion to Approve Compromise and Settlement dated 02/20/15 (Order Pending) | 1249-000 | $27,500.00 | | $81,525.55 |
| | | | **SUBTOTALS** | | $27,500.00 | $48,973.07 | |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-36236-PGH | Trustee Name: | Nicole Testa Mehdipour |
|---|---|---|---|
| Case Name: | FLORIDA STAGE, INC. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1430 | Checking Acct #: | ******3601 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 4/1/2014 | Blanket bond (per case limit): | $135,654,000.00 |
| For Period Ending: | 3/31/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $107.27 | $81,418.28 |
| | | | TOTALS: | | $312,052.68 | $230,634.40 | $81,418.28 |
| | | | Less: Bank transfers/CDs | | $49,079.22 | $0.00 | |
| | | | Subtotal | | $262,973.46 | $230,634.40 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $262,973.46 | $230,634.40 | |

| For the period of 4/1/2014 to 3/31/2015 | | For the entire history of the account between 12/07/2012 to 3/31/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $27,500.00 | Total Compensable Receipts: | $262,973.46 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $27,500.00 | Total Comp/Non Comp Receipts: | $262,973.46 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $49,079.22 |
| Total Compensable Disbursements: | $4,803.92 | Total Compensable Disbursements: | $230,634.40 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,803.92 | Total Comp/Non Comp Disbursements: | $230,634.40 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | |
|---|---|---|---|
| Case No. | 11-36236-PGH | Trustee Name: | Nicole Testa Mehdipour |
| Case Name: | FLORIDA STAGE, INC. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1430 | Checking Acct #: | ******3601 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 4/1/2014 | Blanket bond (per case limit): | $135,654,000.00 |
| For Period Ending: | 3/31/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $540,905.52 | $459,487.24 | $81,418.28 |

**For the period of 4/1/2014 to 3/31/2015**

| | |
|---|---|
| Total Compensable Receipts: | $27,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $27,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,803.92 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,803.92 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 09/22/2011 to 3/31/2015**

| | |
|---|---|
| Total Compensable Receipts: | $540,905.52 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $540,905.52 |
| Total Internal/Transfer Receipts: | $49,079.22 |
| | |
| Total Compensable Disbursements: | $459,487.24 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $459,487.24 |
| Total Internal/Transfer Disbursements: | $49,079.22 |

/s/ NICOLE TESTA MEHDIPOUR

NICOLE TESTA MEHDIPOUR